Michigan Department of Treasury (Rev. 05-15), Page 1 of 2

Issued under authority of Public Act 281 of 1967, as amended.

# 2015 MICHIGAN Individual Income Tax Return MI-1040

**Return is due April 18, 2016.**
Type or print in blue or black ink.

KENYETTA PEGUIES ___-__-4097

11362 APPLETON

REDFORD MI 48239

**4. School District Code (5 digits – see page 60)**
82140

**5. STATE CAMPAIGN FUND**
Check if you (and/or your spouse, if filing a joint return) want $3 of your taxes to go to this fund. This will not increase your tax or reduce your refund.
a. ☐ Filer
b. ☐ Spouse

**6. FARMERS, FISHERMEN, OR SEAFARERS**
☐ Check this box if 2/3 of your income is from farming, fishing, or seafaring.

**7. 2015 FILING STATUS.** Check one.
a. [X] Single
b. ☐ Married filing jointly
c. ☐ Married filing separately*

* If you check box "c," complete line 3 and enter spouse's full name below:

**8. 2015 RESIDENCY STATUS.** Check all that apply.
a. [X] Resident
b. ☐ Nonresident *
c. ☐ Part-Year Resident *

* If you check box "b" or "c," you must complete and attach Schedule NR.

**9. EXEMPTIONS.** NOTE: If someone else can claim you as a dependent, check box 9d, enter 0 on line 9a and enter $1,500 on line 9d (see instr.).

| Line | Description | Count | | Amount |
|---|---|---|---|---|
| 9a. | Number of exemptions claimed on 2015 federal return | 1 × $4,000 | 9a. | 4,000 00 |
| 9b. | Number of individuals who qualify for one of the following special exemptions: deaf, blind, hemiplegic, paraplegic, quadriplegic, or totally and permanently disabled | × $2,600 | 9b. | 00 |
| 9c. | Number of qualified disabled veterans | × $400 | 9c. | 00 |
| 9d. | Claimed as dependent, see line 9 NOTE above | ☐ | 9d. | 00 |
| 9e. | Add lines 9a, 9b, 9c and 9d. Enter here and on line 15 | | 9e. | 4,000 00 |

| | | | |
|---|---|---|---|
| 10. | **Adjusted Gross Income** from your U.S. Forms *1040, 1040A, 1040EZ* or *1040NR* (see instructions) | 10. | 36,586 00 |
| 11. | Additions from Schedule 1, line 9. Attach Schedule 1 | 11. | 0 00 |
| 12. | **Total.** Add lines 10 and 11 | 12. | 36,586 00 |
| 13. | Subtractions from Schedule 1, line 27. Attach Schedule 1 | 13. | 0 00 |
| 14. | **Income subject to tax.** Subtract line 13 from line 12. If line 13 is greater than line 12, enter "0" | 14. | 36,586 00 |
| 15. | **Exemption allowance.** Enter amount from line 9e or Schedule NR, line 19 | 15. | 4,000 00 |
| 16. | **Taxable income.** Subtract line 15 from line 14. If line 15 is greater than line 14, enter "0" | 16. | 32,586 00 |
| 17. | **Tax.** Multiply line 16 by 4.25% (0.0425) | 17. | 1,385 00 |

**NON-REFUNDABLE CREDITS**

| | | AMOUNT | | CREDIT |
|---|---|---|---|---|
| 18. | Income Tax Imposed by government units outside Michigan. Attach a copy of the return (see instructions) 18a. | 00 | 18b. | 00 |
| 19. | Michigan Historic Preservation Tax Credit carryforward and/or Small Business Investment Tax Credit (see instructions) 19a. | 00 | 19b. | 00 |
| 20. | **Income Tax.** Subtract the sum of lines 18b and 19b from line 17. If the sum of lines 18b and 19b is greater than line 17, enter "0" | | 20. | 1,385 00 |

+ 1201 2015 05 01 27 2      Continue on page 2. This form cannot be processed if page 2 is not completed and attached.

Filer's Full Social Security Number  4097

| | | |
|---|---|---|
| 21. Enter amount of Income Tax from line 20 | 21. | 1,385 00 |
| 22. Voluntary Contributions from Form 4642, line 9. Attach Form 4642 | 22. | 00 |
| 23. **USE TAX.** Use tax due on Internet, mail order or other out-of-state purchases from Worksheet 1 (see instructions) | 23. | 0 00 |
| 24. **Total Tax Liability.** Add lines 21, 22 and 23 | 24. | 1,385 00 |

**REFUNDABLE CREDITS AND PAYMENTS**

| | | |
|---|---|---|
| 25. **Property Tax Credit.** Attach MI-1040CR or MI-1040CR-2 | 25. | 0 00 |
| 26. **Farmland Preservation Credit.** Attach MI-1040CR-5 | 26. | 0 00 |
| 27. a. Federal Earned Income Tax Credit... 27a. [ 00 ] | | |
| b. Michigan Earned Income Tax Credit. Multiply line 27a by 6% (0.06) | 27b. | 00 |
| 28. Michigan Historic Preservation Tax Credit (refundable). Attach Form 3581 | 28. | 00 |
| 29. Michigan tax withheld from Schedule W, line 7. Attach Schedule W (**do not submit W-2s**) | 29. | 0 00 |
| 30. Estimated tax, extension payments and 2014 credit forward | 30. | 0 00 |
| 31. Total refundable credits and payments. Add lines 25, 26, 27b, 28, 29 and 30 | 31. | 0 00 |

**REFUND OR TAX DUE**

32. If line 31 is less than line 24, subtract line 31 from line 24.
Include interest [ ] and penalty [ ] if applicable (see instr.) **YOU OWE** 32. 1,385 00

33. **Overpayment.** If line 31 is greater than line 24, subtract line 24 from line 31 ... 33. 00

34. **Credit Forward.** Amount of line 33 to be credited to your 2016 estimated tax for your 2016 tax return ... 34. 00

35. Subtract line 34 from line 33 .......**REFUND** 35. 0 00

**DIRECT DEPOSIT**
*Deposit your refund directly to your financial institution! See instructions and complete a, b and c.*

| a. Routing Transit Number | b. Account Number | c. Type of Account |
|---|---|---|
| | | 1. ☐ Checking   2. ☐ Savings |

**Deceased Taxpayer.** If Filer and/or Spouse died after December 31, 2014, enter dates below.
**ENTER DATE OF DEATH ONLY.** Example: 04-15-2015 (MM-DD-YYYY)

Filer [ ]   Spouse [ ]

**Taxpayer Certification.** *I declare under penalty of perjury that the information in this return and attachments is true and complete to the best of my knowledge.*

Filer's Signature: *Kenyetta Regnier* (signature)   Date: 9/25/19
Spouse's Signature:   Date:

**Preparer Certification.** *I declare under penalty of perjury that this return is based on all information of which I have any knowledge.*

Preparer's PTIN, FEIN or SSN   SELF-PREPARED

Preparer's Name (print or type)

Preparer's Business Name, Address and Telephone Number

☐ By checking this box, I authorize Treasury to discuss my return with my preparer.

**..., credit, or zero returns.** Mail your return to: Michigan Department of Treasury, Lansing, MI 48956
**...unt on line 32.** Mail your check and return to: Michigan Department of Treasury, Lansing, MI 48929
...eck payable to "**State of Michigan.**" Print the last four digits of your **Social Security number** and "**2015 Income Tax**" on the front of yo...
...on behalf of another taxpayer, **write the filer's name and the last four digits of the filer's Social Security number** on the check. Do...
...to the return. You can pay electronically using Michigan's e-Payments service. Keep a copy of your return and supporting schedule...
...information and to check your refund status, have a copy of your MI-1040 available when you visit **www.michigan.gov/iit**.