IN THE MATTER OF:

| | |
|---|---|
| RONALD PEGUIES and | CHAPTER 13 |
| KENYETTA PEGUIES, | CASE NO. 18-52616 |
| Debtors. | JUDGE: TUCKER |
| _____/ | |

## STIPULATION FOR ENTRY OF ORDER ADJOURNING HEARING

This matter will come on for hearing on 5/28/2020, regarding

☒ **DEBTOR'S OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY #22-1**

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY STIPULATED that:**

☒ **The above referenced matter is adjourned to July 2, 2020, at 9:00A.M.**

Approved per Local Rules (E.D.M):

/s/ Tammy L. Terry _____
Tammy L. Terry (P46254)
Chapter 13 Trustee
535 Griswold St.
Suite 2100
Detroit, MI 48226
(313) 967-9857

/s/ Glen Turpening
Glen Turpening (P65230)
Frego & Associates-The Bankruptcy Law Office,PLC
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com

/s/ Moe Freedman _____
Moe Freedman (P74224)
Assistant Attorney General
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
(313) 456-0140

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**

| | |
|---|---|
| RONALD PEGUIES and | CHAPTER 13 |
| KENYETTA PEGUIES, | CASE NO. 18-52616 |
| Debtors. | JUDGE: TUCKER |
| _____/ | |

## ORDER ADJOURNING HEARING

This cause came before the Court on the stipulation of the parties for entry of an Order Adjourning Hearing, and this Court, having reviewed the stipulation and being otherwise fully advised in the premises, and having concluded that cause exists for the entry of this Order, now therefore:

- **IT IS ORDERED** that the Hearing on DEBTORS' OBJECTION TO PROOF OF CLAIM OF **MICHIGAN DEPARTMENT OF TREASURY #22-1** shall be adjourned to July 2, 2020, at 9:00A.M. at Courtroom 1925.

**PROPOSED ORDER**